**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6278**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

QUALO MARTEZ LOWERY,

Defendant - Appellant.

_____

**No. 23-6371**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

QUALO MARTEZ LOWERY,

Defendant - Appellant.

_____

Appeals from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:05-cr-00216-RJC-2)

_____

Submitted:  August 29, 2023                          Decided:  September 1, 2023

_____

Before KING, AGEE, and BENJAMIN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Qualo Martez Lowery, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Qualo Martez Lowery appeals the district court's order denying his motions for a sentence reduction pursuant to § 404(b) of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222 (First Step Act).  We review a district court's decision on a First Step Act motion for abuse of discretion.  *United States v. Reed*, 58 F.4th 816, 819 (4th Cir. 2023).  Our review of the record reveals no error.  The court found Lowery eligible for First Step Act relief, but, after considering Lowery's mitigating arguments, it declined to grant a reduction based on its review of the 18 U.S.C. § 3553(a) factors.

Accordingly, we affirm the district court's order.  We deny Lowery's motion to appoint counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*